1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

UNITED STATES OF AMERICA,

11

Plaintiff

12

13

v.

14

DENNIS AGUILAR HUISA,

15

Defendant.

16

CASE NO.   MJ25-131

COMPLAINT for VIOLATION

Title 21, United States Code,
Sections 841(a)(1), (b)(1)(A), (b)(1)(C) and
Title 18, United States Code, Section 2.

17

18

19     BEFORE, Paula L. McCandlis, United States Magistrate Judge, U. S. Courthouse,

20   Seattle, Washington.

21     The undersigned complainant being duly sworn states:

22                        **<u>COUNT ONE</u>**

23          **(Possession of a Controlled Substance with Intent to Distribute)**

24     On or about August 15, 2023, in Puyallup, within the Western District of

25   Washington, DENNIS AGUILAR HUISA did knowingly and intentionally possess with

26   intent to distribute, and aid and abet the possession of, with the intent to distribute N-

27

Complaint - 1
*United States v. Dennis Aguilar Huisa* / MJ[###]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance

controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and

Title 18, United States Code, Section 2.

## COUNT TWO

### (Possession of a Controlled Substance with Intent to Distribute)

On or about September 7, 2024, in Puyallup, within the Western District of

Washington, DENNIS AGUILAR HUISA did knowingly and intentionally possess with

intent to distribute, and aid and abet the possession of, with the intent to distribute N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance

controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and

Title 18, United States Code, Section 2.

## COUNT THREE

### (Possession of Controlled Substances with Intent to Distribute)

On or about November 1, 2024, in Des Moines, within the Western District of

Washington, DENNIS AGUILAR HUISA did knowingly and intentionally possess with

intent to distribute, and aid and abet the possession of, with the intent to distribute N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), and

methamphetamine, substances controlled under Title 21, United States Code.

It is further alleged that the offense involved 400 grams or more of a mixture or

substance containing a detectable amount of fentanyl, in violation of Title 21, United

States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A),

(b)(1)(C) and Title 18, United States Code, Section 2.

And the complainant states that this Complaint is based on the following

information:

Complaint - 2
*United States v. Dennis Aguilar Huisa* / MJ[###]

I, DAVID LASALATA, being first duly sworn on oath, depose and say:

**AGENT BACKGROUND AND INTRODUCTION**

1.      I am a Detective with the Puyallup Police Department and Task Force Officer with the DEA. I have been employed by the Puyallup Police Department since August 2016, and previously assigned to the Crime Suppression Unit from 2019 to 2020. I am currently assigned as a Task Force Officer (TFO) to the Tacoma Resident Office of the Drug Enforcement Administration.

2.      My formal training includes a bachelor's degree in Exercise Science and a Master's Degree in Education from Pacific Lutheran University. Upon joining the Puyallup Police Department, I completed 720 hours of training at the Basic Law Enforcement Academy, where I was trained in the areas of Criminal Investigations, Narcotics Investigation, Interview Skills, Criminal Law, Criminal Procedures, Court Orders, and Search Warrants. I have also completed the 80-hour Seattle Police Undercover Operations/Investigations School as well as DEA Task Force Officer training. Additionally, I have completed Washington State Tactical Officer's Association (WSTOA) 60-hour Basic SWAT Course, 24-hour Advanced SWAT Course and 30-hour Tactical Response to Suicide Bombing. I have completed the Washington State Criminal Justice Training Commission 80-hour level-one defensive tactics instructor course and hold the position of Defensive Tactics Instructor for the Puyallup Police Department. I have attended over 70-hours of specific narcotics investigative training from both the California Narcotics Officers Association (CNOA) and Washington State Narcotics Investigators Association (WSNIA) on numerous drug-related topics.

3.      During the course of my law enforcement career, I have been involved in investigations of numerous criminal offenses, including the offenses involved in the current investigation. I have participated in criminal investigations of illicit drug trafficking organizations, ranging from street-level dealers to major dealers, to include

Mexico-based drug trafficking organizations. These investigations have also included the unlawful possession with intent to distribute, and distribution of controlled substances; the related laundering of monetary instruments; the conducting of monetary transactions involving the proceeds of specified unlawful activities; and conspiracies associated with criminal narcotics offenses. These investigations have included use of the following investigative techniques: confidential informants; undercover agents; analysis of pen register, trap and trace, and toll records; physical and electronic surveillance; wiretaps; and the execution of search warrants. I have interviewed defendants at the time of their arrests and have debriefed, spoken with, or interviewed numerous drug dealers or confidential sources (informants), to include proffer interviews, who were experienced in speaking in coded conversations. I have gained knowledge regarding the various methods, techniques, codes, and/or jargon used by drug traffickers in the course of their criminal activities, including their use of cellular telephones and other electronic devices to facilitate communications while avoiding law enforcement scrutiny.

4.      I have authored, planned, and participated in the execution of search warrants authorizing the search of locations associated with drug traffickers and their co-conspirators, such as residences, businesses, storage facilities, and vehicles. Additionally, I have authored and supervised the execution of dozens of tracking warrants, including multiple tracking warrant affidavits for vehicles and cellular telephones.

5.      I have worked on drug and gang investigations involving the use of court-authorized wiretaps under Title III. In that capacity, I have had the opportunity to monitor and listen to the content of intercepted conversations involving the trafficking of methamphetamine, fentanyl, heroin, cocaine and other narcotics, by persons who used some form of code to attempt to thwart law enforcement detection.

6.      The facts set forth in this affidavit arise from my personal and direct participation in the investigation, my experience and training as a Task Force Officer, my conversations with witnesses and other law enforcement personnel, including consultations with other agents participating in this and related investigations, and my review of relevant documents and reports. I have not included every fact known to me or other investigative personnel concerning this investigation. My specialized training and experience in drug investigations as well as the assistance and input of experienced fellow investigators, form a basis for my opinions and conclusions, which I drew from the facts set forth herein.

7.      As set forth below, there is probable cause to believe that the defendant, Dennis AGUILAR HUISA, committed the counts alleged above. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known concerning this investigation. I have set forth only the facts I believe are essential for a fair determination of probable cause.

## SUMMARY OF PROBABLE CAUSE

8.      **Count 1:**  On August 15, 2023, at approximately 2:45 a.m. Police Officer Killian Larson, with the Puyallup Police Department observed a silver Honda Accord (hereinafter the "Honda") with a taped up front license plate on the side of the road in the 100 block of N Levee Road in the City of Puyallup within the Western District of Washington. Officer Larson approached the vehicle, and observed that the defendant, Dennis AGUILAR HUISA was sitting in the driver's seat, with a female passenger (hereinafter "Female #1") in the passenger seat. AGUILAR HUISA told Officer Larson that his vehicle was overheated, and he was waiting for it to cool down.

9.      Officer Larson ran the license plate of the Honda and observed that the Vehicle Identification Number ("VIN") associated with the license plate did not match the VIN for the Honda. Officer Larson asked AGUILAR HUISA to step out of the vehicle and informed AGUILAR HUISA that he was being detained as Officer Larson

Complaint - 5
*United States v. Dennis Aguilar Huisa* / MJ[###]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

investigated whether the vehicle or license plate was stolen. I know, based on my training and experience, that vehicles with swapped license plates tend to be associated with stolen vehicles and/or stolen license plates.

10. While Officer Larson continued to investigate the discrepancy between the license plate and the VIN, Officer Zachary Bartholomew observed multiple blue pills in a bag in a bowl underneath the driver's side seat. Following advisement of his *Miranda* rights, AGUILAR HUISA acknowledged that there were approximately 1,000 blue fentanyl pills in the vehicle but claimed that they belonged to Female #1, and that he was just holding onto them for her. Officers located approximately $973 in United States currency on AGUILAR HUISA's person. The Honda was impounded by officers.

11. On August 20, 2023, Officers Larson and Bartholomew conducted a search of the Honda pursuant to a search warrant. Inside the Honda, under the driver's seat agents recovered a bag containing blue pills stamped with "M30" that weighed approximately 118 gross grams. Officers also recovered two small bags that contained what officers suspect to be fentanyl powder. One bag weighed approximately seven gross grams. The second bag weighed approximately three gross grams. Additionally, officers recovered a red backpack in the trunk of the Honda. Officer Larson observed that this was the same backpack that AGUILAR HUISA had Officer Larson look through to find the registration for the Honda. Inside the backpack, officers recovered an electronic scale with white powder residue on it. Below is a photograph of the pills and scale recovered from the Honda.

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



12.     I know based on my training and experience, that the quantity of pills recovered from the Honda are more consistent with distribution quantities rather than personal use quantities. I also know, based on my training and experience, that individuals involved in trafficking controlled substances also use electronic scales to weigh substances before distributing the substances.

13.     **Count 2:** On September 7, 2024, Officer Mitchell Alfaro with the Puyallup Police Department responded to a 911 call that reported that a nine-month-old was not

breathing. When Officer Alfaro arrived at the scene, he observed AGUILAR HUISA outside of a GMC Box Truck (hereinafter the "Box Truck"), along with an adult female (hereinafter "Female #2") who was holding a female infant child. Officer Alfaro observed that the infant child had her eyes open, but Officer Alfaro could not determine if the infant child was breathing. Officer Alfaro had Female #2 hand him the infant child, and Officer Alfaro patted the Infant Child on the back numerous times and observed that she began to cry. The infant child was eventually provided aid by the Central Pierce Fire and Rescue (hereinafter "CPFR").

14.     Officer Alfaro spoke with AGUILAR HUISA who stated that he was changing the infant child's diaper when she stopped breathing and turned purple for a few seconds. AGUILAR HUISA further indicated where he was changing the infant child's diaper. In the vicinity of the area where AGUILAR HUISA said he was changing the child, Officer Alfaro observed that there was an uncapped needle and syringe near the location. AGUILAR HUISA admitted that he gave the infant child NARCAN[1] because he thought that she might be overdosing as AGUILAR HUISA stated that he had overdosed in the Box Truck previously. Officer Alfaro asked AGUILAR HUISA if there was fentanyl or narcotics inside the Box Truck that would cause the infant child to overdose. AGUILAR HUISA stated that he did not know but gave Officer Alfaro permission to search the vehicle.

15.     During the search of the vehicle, Officer Alfaro observed a used bottle of nasal NARCAN. AGUILAR HUISA admitted that Female #2 had also administered a nasal dose of NARCAN to the infant child. Approximately one foot from where AGUILAR HUISA stated that he was changing the infant child's diaper, Officer Alfaro located approximately 115 blue M-30 pills in a black box/container. I know, based on my training and experience, that these types of pills typically contain fentanyl. Officer

---

[1] I know, based on my training and experience that NARCAN is a medication that can treat a narcotic overdose.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Alfaro placed AGUILAR HUISA under arrest for the above-described conduct that occurred on September 7, 2024 in Puyallup, within the Western District of Washington. During a search of AGUILAR HUISA's person, Officer Alfaro found a small plastic bag that contained a white powdery substance which weighed approximately 19 gross grams and field tested positive for fentanyl, as well as over $16,000 in cash. AGUILAR HUISA was transported to Puyallup Jail.

16. The infant child was taken to Mary Bridge Children's Hospital for further treatment and was placed in the custody of Washington State Department of Children, Youth and Families (hereinafter "DCYF"). Officer Alfaro was informed by a Pediatric Social Worker that the infant child was given a third dose of NARCAN at the hospital. A DCYF employee also informed Officer Alfaro that the infant child's blood tested positive for fentanyl, amphetamine, and oxycodone.

17. On the same day, I responded to the Puyallup Jail, along with Detective Mitchell Schaefer of the Puyallup Police Department to interview AGUILAR HUISA. I advised AGUILAR HUISA of his *Miranda* rights. During our conversation, AGUILAR HUISA told me that he was currently unemployed and was selling narcotics for income. AGUILAR HUISA told me that he has taken guns, tools, and cash in trade for narcotics. AGUILAR HUISA said that until the day before this incident he had been residing at the Red Lion Inn in Des Moines, WA, and that he had left a large quantity of fentanyl in his room, under his bed. AGUILAR HUISA also told me that $10,000 of the cash recovered from him was from withdrawals from his bank account, while the other $6,000 was from narcotics sales.

18. **Count 3**: On November 1, 2024, officers with Auburn Police Department's Special Investigation Unit served a search warrant on AGUILAR HUISA's room located at the Red Lion Inn and Suites in Des Moines, within the Western District of Washington. During the search of the room, officers located approximately 170 gross grams of suspected fentanyl powder in pre-packaged baggies in

the toilet in the bathroom. Additionally, officers located approximately 100 gross grams of suspected fentanyl powder in various location inside the room, along with approximately 43 gross grams of methamphetamine, and eight gross grams of cocaine. Officers also located dozens of unused small plastic baggies and three small scales.

19.     Officers then conducted a search of the Box Truck. Inside the Box Truck offices located approximately two kilograms of suspected fentanyl powder, along with an un-serialized Polymer 80 "ghost gun." Following advisements of his *Miranda* rights, AGUILAR HUISA stated that the two kilograms of fentanyl powder inside the Box Truck was low quality fentanyl powder that he was trying to give back to the person he bought it from. AGUILAR HUISA also stated that what was recovered from his room was what was left of the one kilogram that he had prior to his arrest in early September. Below are photographs of some of what was recovered during these searches.



//

Complaint - 10
*United States v. Dennis Aguilar Huisa* / MJ[###]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the above facts, I respectfully submit that there is probable cause to believe that Dennis AGUILAR HUISA did knowingly and intentionally possess with intent to distribute controlled substances, including methamphetamine and fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), (b)(1)(C) and Title 18, United States Code, Section 2.

_____
DAVID LASALATA, Complainant
Task Force Officer, DEA

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 12th day of March, 2025.

PAULA L. MCCANDLIS
United States Magistrate Judge