THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS AGUILAR HUISA,<br><br>　　　　Defendant. | No. CR25-045-JHC<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the defense to continue the trial date now set for June 9, 2025, and pretrial motions deadline, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to his defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE
(*USA v. Dennis Aguilar Huisa CR25-045-JHC*) - 1

**Peter A. Camiel**
**Camiel & Chaney P.S.**
**2800 First Ave, Suite 309**
**Seattle, Washington 98121**
**(206)817-0778**

(e) the additional time requested between the current trial date of June 9, 2025, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above;

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to February 23, 2026, and that pretrial motions shall be filed no later than December 8, 2025.

DONE this 28th day of April, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE
(*USA v. Dennis Aguilar Huisa CR25-045-JHC*) - 2

**Peter A. Camiel**
**Camiel & Chaney P.S.**
**2800 First Ave, Suite 309**
**Seattle, Washington 98121**
**(206)817-0778**