UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENNIS AGUILAR HUISA,

Defendant.

NO. CR25-045-JHC

**ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, Defendant Dennis Aguilar Huisa's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $20,000, representing property involved in Defendant Huisa's commission of *Money Laundering*, in violation of 18 U.S.C. § 1957.  Dkt. # 27.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate because:

- The proceeds of *Money Laundering*, in violation of 18 U.S.C. § 1957, are forfeitable pursuant to 18 U.S.C. § 982(a)(1);

Order of Forfeiture - 1
*United States v. Huisa,* CR25-045-JHC

- In his Plea Agreement, Defendant Huisa agreed to forfeit his interest, pursuant to 18 U.S.C. § 982(a)(1), in a sum of money in the amount of $20,000, representing the property involved in the *Money Laundering* offense to which he entered a guilty plea (Dkt. No. 23, ¶¶ 8(d), 12); and

- The forfeiture of this $20,000 sum of money is personal to Defendant, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), and no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1.    Pursuant to 18 U.S.C. § 982(a)(1), and his Plea Agreement, Defendant Huisa's interest in the above-identified $20,000 sum of money is fully and finally forfeited, in its entirety, to the United States;

2.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Huisa at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3.    No right, title, or interest in the identified sum of money exists in any party other than the United States;

4.    Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy the forfeiture of this $20,000 sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $20,000; and,

///

///

Order of Forfeiture - 2
*United States v. Huisa,* CR25-045-JHC

5.     The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 20th day of January, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order of Forfeiture - 3
*United States v. Huisa,* CR25-045-JHC